**Keith D. Karnes**, Oregon State Bar ID Number 03352    FILED'08 SEP 25 13:52USDC-ORM
kkarnes@olsendaines.com
Olsen, Olsen & Daines, LLC
1599 State St.
P.O. Box 12829
Salem, OR  97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTINA LEE LAUDERDALE aka CHRISTINE LEE LAUDERDALE-BEEMAN<br><br>Plaintiff,<br>v.<br><br>BAY AREA CREDIT SERVICE, LLC,<br><br>Defendant. | Case No.<br>08-3102 - CL<br><br>COMPLAINT FOR VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT<br><br>JURY REQUESTED |

JURISDICTION

1.   Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. §1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2.   This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), as well as other state law tort claims.

3.   Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

COMPLAINT                                                                                                                        Page 1

PARTIES

4.  Plaintiff Christina Lauderdale aka Christina Lauderdale-Beeman (hereinafter "Plaintiff") is a natural person who resides in the City of Cave Junction, State of Oregon, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5.  Defendant Bay Area Credit Service, LLC. (hereinafter "Defendant") operating from an address of 1901 W. Tenth Street Antioch, California 94509 is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

FACTUAL ALLEGATIONS

6.  Plaintiff received services from American Medical Response for an automobile accident which occurred in 2004.

7.  Plaintiff's services from American Medical Response were paid in full through State Farm Insurance Companies on our about May 17, 2004. See Exhibit A.

8.  In 2008 Plaintiff began receiving phone calls from Defendant at work and on her personal cell phone for the services she received from American Medical Response.

9.  Plaintiff informed Defendant the bill had been paid by State Farm Insurance Companies and to stop contacting her.

10. Defendant continued to contact Plaintiff regarding the account.

11. On or about June 17, 2008 Plaintiff wrote to Defendant and American Medical Response and provided to them a copy of the paid account. Plaintiff also requested that Defendant stop calling her. See Exhibit B.

12. Despite Plaintiff's efforts Defendant continues to try to collect from Plaintiff.

## TRIAL BY JURY

13. Plaintiff is entitled to and hereby respectfully demands a trial by jury. US Const. amend. 7. Fed. R. Civ. Pro. 38.

## CAUSES OF ACTION

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 *et seq.*

14. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. The foregoing acts and omissions of defendant constitute numerous and multiple violations of the FDCPA including, but not limited to, 15 U.S.C. § 1692d, 1692d(2), 1692d(5), 1692e, 1692e(10), and 1692f.

16. As a result of defendant's violations of the FDCPA, plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against defendants for:

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 *et seq.*

for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against each and every

defendant;

    for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against each and every defendant;

    for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against each and every defendant;

DATED: September 23, 2008

/s/ Keith D. Karnes
OSB # 03352
503-362-9393
Attorney for Defendant Christina Lauderdale



EXHIBIT A
PAGE 1 OF 3

Case 1:08-cv-03102-CL    Document 1    Filed 09/25/08    Page 6 of 9



EXHIBIT __A__
PAGE _2_ OF _3_

```
                    Created Payment - LAUDERDALE, CHRIST              S3539F85
Clm: 37-3608-533    Ins: GERINGER-MAY, RHON  Pol: 0056-476-37A     DOL: 04-10-04

 Payment no: 115077822J          Total: 910.00              Issued: 05-17-04
 Payment status: PAID  05-24-04  Chgd by:                    BMAP:
 Authorized by: O'berry, Amanda                        Consol pymt: Y
 Entered by: O'berry, Amanda     Repl no:                 EFT pymt: N
 Billing ref:                    Bill amt:              Begin bill:   -  -
                                 Adj code:                End bill:   -  -
    Remarks: DOS 4/10  Acct# 000744813


 Payee: AMERICAN MEDICAL RESPONSE NORTHWEST
        PO BOX 2748
        PORTLAND OR  97208-2748


                                                  COL  1 to  1 of  1
 St & TIN: 37-930567420
                                                                       Rsn Cd
    — COL —        Amount   Pay Cd  Reporting Party
    051 PIP        910.00      2    LAUDERDALE, CHRISTINA
```

EXHIBIT  A

PAGE  3  OF  3



June 17, 2008

Bay Area Credit Service, LLC
97 E. Brokaw Ste. 240
San Jose, CA 95112
408-392-4400
Fax: 408-392-4520

RE: America Medical Response #000744813 Paid 05-24-04

To Whom It May Concern:

I've attached a copy of my paid American Medical Response Bill your company has harassed me about for over a year. **Lose my number! Don't ever call me on my cell or at work again.** If you have further questions contact AMR directly as they have been paid.

Christy Lauderdale
P.O. Box 753
Cave Junction, OR 97523


EXHIBIT B
PAGE 1 OF 2

```
                    Created Payment - LAUDERDALE, CHRIST                    S3539F85
Clm: 37-3608-533    Ins: GERINGER-MAY, RHON   Pol: 0056-476-37A    DOL: 04-10-04

    Payment no: 115077822J              Total: 910.00         Issued: 05-17-04
Payment status: PAID  05-24-04        Chgd by:                  BMAP:
  Authorized by: O'berry, Amanda                            Consol pymt: Y
    Entered by: O'berry, Amanda        Repl no:               EFT pymt: N
    Billing ref:                       Bill amt:            Begin bill:  - -
                                       Adj code:              End bill:  - -
           Remarks: DOS 4/10  Acct# 000744813


    Payee: AMERICAN MEDICAL RESPONSE NORTHWEST
           PO BOX 2748
           PORTLAND OR  97208-2748



St & TIN: 37-930567420                                     COL  1 to 1 of 1

   — COL —          Amount    Pay Cd   Reporting Party                Rsn Cd
   051   PIP         910.00     2      LAUDERDALE, CHRISTINA
```

ATTN  CHRISTY

HOPE THIS HELPS

MIKE STRASSER
503-463-3744

CHRISTY LANGRANCE
~~541-956-8362~~
541-476-6718

EXHIBIT B
PAGE 1 OF 2