# OLSEN, OLSEN & DAINES
## Attorneys at Law

ERIC W. OLSEN*
LARS H. OLSEN
REX K. DAINES*
KEVIN D. SWARTZ*
KEITH D. KARNES*
D. NEAL PETON
DWAYNE R. MURRAY, of counsel

*Licenced in OR and WA
MAIN OFFICE
1599 STATE STREET
P.O. BOX 12829
SALEM, OR 97309-0829
TELEPHONE (503) 362-9393
FACSIMILE (503) 362-1375

PORTLAND OFFICE
6950 SW HAMPTON, STE 112
OR
7300 NE GLISAN
TELEPHONE (503) 274-4252

BEND OFFICE
141 NW GREENWOOD, STE 100
TELEPHONE (541) 330-5044

kkarnes@olsendaines.com
Direct Dial: (503) 485-8123
Direct Fax: (503) 485-8175

December 15, 2009

Judge Mark D. Clarke
James A Redden US Courthouse
310 W. Sixth Avenue, Room 227
Medford, Oregon 97501

RE:     *Christina Lee Lauderdale v. Bay Area Credit Service, LLC*
Case No:   08-CV-3102-CL

Dear Judge Clarke,

This letter is to inform the court that the above captioned case has settled. We anticipate filing a stipulated notice of dismissal with the court within the next 60-days. Should you have any questions or concerns please feel free to contact me.

Sincerely,

*/s/ Keith D. Karnes*

Keith D. Karnes
Attorney At Law

KDK:az