FILED'09 DEC 18 10:55USDC-ORM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

CHRISTINA LEE LAUDERDALE,

**Plaintiff,**

v.                                                      Civil No. 08-3102-CL

BAY AREA CREDIT SERVICE, LLC.,

**Defendant.**

## JUDGMENT OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate final settlement within sixty (60) days of the date of this order. Each party shall bear its own costs and fees.

Dated: December 18, 2009

MARY L. MORAN, Clerk of Court

by  *[signature]*
R S Moore, Deputy Clerk